UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSHUA SANTOS,<br>   Petitioner,<br><br>v.<br><br>MATTHEW DIVRIS,<br>   Respondent | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 22-cv-40149-PBS<br>)<br>)<br>) |

## REPORT & RECOMMENDATION

### June 5, 2023

Hennessy, M.J.

  Respondent Superintendent Matthew Divris ("Divris") moves to dismiss Joshua Santos' ("Santos") petition for writ of habeas corpus, [Dkt. No. 12], and deny his motion for a stay. [Dkt. No. 2]. Santos' motion for appointment of counsel is unopposed. [Dkt. No. 3]. These motions were referred to me and are ripe for adjudication. [Dkt. No. 11]. For the reasons that follow, I recommend the Court GRANT Divris' motion to dismiss [Dkt. No. 12], and that the Court DENY as moot Santos' motion for appointment of counsel, [Dkt. No. 3], and Santos' motion for a stay. [Dkt. No. 2].

### I. Background

  In June 2015, a Hampden Superior Court jury convicted Santos of second-degree murder, unlicensed possession of a firearm, and unlicensed possession of ammunition. [Dkt. No. 1, p. 1]. The Superior Court sentenced Santos on second-degree murder to life imprisonment with the possibility of parole; on the firearm conviction to a consecutive prison term of four and a half years to five years; and on the ammunition conviction to a two-year house of correction sentence, to be

1

6/22/23 I adopt the recommendation report and recommendation without objection and dismissed the petition. I deny the motion to stay and appoint counsel. PBSaris